UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Scozzaro, Daniel                    Case No.:    16-15388-KCF

Chapter:    7

Judge:    Kathryn C. Ferguson

## NOTICE OF PROPOSED ABANDONMENT

  Andrea Dobin,                        Chapter 7 Trustee      in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on May 31, 2016 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no  2 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
9 Blackwood Drive
Trenton, NJ

Valued at $200,000.00

Liens on property:

DiTech
$294,920.00 plus $69,762.00 escrow deficiency

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name:    Andrea Dobin, Trustee

Address:    Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*