# Invoice

# Joseph B. Friedman

Certified Public Accountant
P.O. Box 734
Cherry Hill, NJ 08003
Tel:856-428-3395   Fax:856-873-9236

| DATE | INVOICE # |
|---|---|
| 10/13/2016 | 7161 |

**BILL TO**

ANDREA DOBIN, TRUSTEE
RE: DANIEL SCOZZARO
427 RIVERVIEW PLAZA
TRENTON, NJ 08611

| DESCRIPTION | AMOUNT |
|---|---|
| FEDERAL AND STATE TAX RETURNS FOR THE BANKRUPTCY ESTATE AND CORRESPONDENCE WITH THE TRUSTEE AND STAFF | 412.50 |
| OUT OF POCKET EXPENSES | 12.00 |

**Total**  $424.50