*Trenk, DiPasquale, Della Fera & Sodono, P.C.*

**TRENK·DIPASQUALE**
**DELLA FERA·SODONO**

347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052-2730
Ph: 973-243-8600
Fax: 973-243-8677

November 29, 2017

Andrea Dobin
Dobin- Scozzaro, Daniel
427 Riverview Plaza
Trenton, NJ  08610

| | |
|---|---|
| Invoice #: | 76885 |
| Client #: | 4931 |
| Matter #: | 0001 |
| Billing Attorney: | AD |

## INVOICE SUMMARY

For professional services rendered and disbursements advanced through November 11, 2017:

**RE:   Case No. 16-15388(KCF)**

| | |
|---|---|
| Professional Services | $ 4,014.50 |
| Total Disbursements Advanced | $ 119.32 |
| **TOTAL THIS INVOICE** | **$ 4,133.82** |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:  76885                                                                                                         November 29, 2017

**PROFESSIONAL SERVICES RENDERED**

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 8/09/16 | Review email from debtor's counsel re status of tax returns; email to S Placona re prayer for relief. | .10 | 46.00 | AD |
| 8/09/16 | Review of file in preparation of drafting motion to compel debtor to file tax returns or in the alternative expunge IRS proof of claim | .30 | 72.00 | SBP |
| 8/09/16 | Draft motion to compel debtor to file tax returns or in the alternative expunge IRS proof of claim | 1.90 | 456.00 | SBP |
| 8/10/16 | Review letter from IRS re refunds for 2014 tax returns; email exchange with counsel re: same. | .20 | 92.00 | AD |
| 8/10/16 | Review and revise motion to compel debtor to file tax returns or in the alternative expunge IRS claim | .50 | 120.00 | SBP |
| 8/10/16 | Preparing, filing and serving retention papers for counsel to Trustee. | 1.00 | 145.00 | JLW |
| 8/11/16 | Review and file motion to compel filing of tax returns or expunging IRS POC; draft certification of service; electronic filing of same. | .70 | 322.00 | AD |
| 8/16/16 | Telephone call from IRS re which dates are unpaid; email to debtor's counsel re: same. | .40 | 184.00 | AD |
| 8/18/16 | Review IRS POC; telephone call to IRS re confirmation of which year's tax returns are missing (2x); email to M Kriegel re unfiled tax returns. | .50 | 230.00 | AD |
| 8/19/16 | Review amended POC from IRS: telephone call with IRS representative as to current status of claim; draft supplement to claim; draft supplement to claim motion; electronic filing of and serve same. | .80 | 368.00 | AD |
| 9/01/16 | Review the fifth amended proof of claim filed by IRS - 2012 tax returns still not filed. | .20 | 92.00 | AD |
| 9/14/16 | Review order on Motion to Compel; email to court requesting entry of revised proposed order. | .20 | 92.00 | AD |
| 10/05/16 | Telephone call to IRS re request that they recognize filed 2012 tax return and amended return. | .20 | 92.00 | AD |
| 11/15/16 | Review NJ Taxation POCs and email to counsel to taxation re same. | .30 | 138.00 | AD |
| 11/17/16 | Email to NJ Taxation re fixing proof of claim. | .10 | 46.00 | AD |
| 3/16/17 | Review status of tax claims. | .10 | 46.50 | AD |
| 11/13/17 | Review prebill and draft narrative. | .20 | 93.00 | AD |
| 11/13/17 | Review status of claims, etc.; draft motion to expunge tax claims, including certificate of service; electronic filing of same. | 2.10 | 976.50 | AD |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #: 76885                                                                                           November 29, 2017

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 11/15/17 | Review amended claim from State of New Jersey. | .20 | 93.00 | AD |
| 11/15/17 | Prepare and electronic filing of status change form. | .20 | 93.00 | AD |
| 11/28/17 | Prepare Trenk final fee application. Electronic filing of same. | 1.50 | 217.50 | TEO |

**TOTAL PROFESSIONAL SERVICES**    **11.70 HRS**    **$ 4,014.50**

**DISBURSEMENTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 8/18/16 | Facsimile | 3.00 |
| 9/30/16 | Pacer | .50 |
| 11/29/17 | Copying | 95.40 |
| 11/29/17 | Postage | 20.42 |

**TOTAL DISBURSEMENTS ADVANCED**    **$ 119.32**

**TOTAL THIS INVOICE**    **$ 4,133.82**

*Trenk, DiPasquale, Della Fera & Sodono, P.C.*
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052-2730
Ph: 973-243-8600
Fax: 973-243-8677

November 29, 2017

Andrea Dobin
Dobin- Scozzaro, Daniel
427 Riverview Plaza
Trenton, NJ  08610

| | |
|---|---|
| Invoice #: | 76885 |
| Client #: | 4931 |
| Matter #: | 0001 |
| Billing Attorney: | AD |

## REMITTANCE ADVICE

**RE:   Case No. 16-15388(KCF)**

**BALANCE DUE THIS INVOICE**            **$ 4,133.82**

**TO INSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE RETURN
THIS REMITTANCE PAGE WITH PAYMENT TO:
Trenk, DiPasquale, Della Fera & Sodono, P.C.**
ATTN:  Accounting Department
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052-2730

**ACH Instructions:**

Trenk, DiPasquale, Della Fera & Sodono, P.C.
Account no. 14003362

Provident Bank
100 Wood Avenue South
Iselin, NJ 08830
ABA no. 221272303

**To Pay by Credit Card:**

___ Visa  ___ Mastercard  ___ Discover  ___ Amex
Account Number: _____
Expiration Date:  _____/_____
Security Code (3/4 digits): _____
Amount: $_____
Name on Account: _____
Address Associated with CC Account:
_____
_____

Signature: _____
Date: _____

**TERMS: DUE UPON RECEIPT**
*Thank you, your business is greatly appreciated.*